UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LANCE WELDISHOFER,

          **Plaintiff,**

-vs-                                  Case No. 6:05-cv-451-Orl-28KRS

SPECIALTY ROOFING AND COATING
COMPANY, MARK SCHMIDTER,

          **Defendants.**

___

## ORDER

This case is before the Court on Plaintiff's Renewed Motion for Entry of Default Judgment Against Defendant Mark Schmidter (Doc. No. 18, filed August 2, 20050, Plaintiff's Second Renewed Motion for Entry of Default Judgment Against Defendant Mark Schmidter (Doc. No. 19, filed August 10, 2005), and Plaintiff's Second Renewed Motion for Entry of Default Judgment Against Defendant, Speciality Roofing and Coating Company (Doc. No. 20, filed August 10, 2005). The United States Magistrate Judge has submitted a report recommending that these motions be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed October 20, 2005 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Renewed Motion for Entry of Default Judgment Against Defendant Mark Schmidter (Doc. No. 18, filed August 2, 2005) is **granted in part and denied in part**.

3. Plaintiff's Second Renewed Motion for Entry of Default Judgment Against Defendant Mark Schmidter (Doc. No. 19, filed August 10, 2005) is **granted in part and denied in part.**

4. Plaintiff's Second Renewed Motion for Entry of Default Judgment Against Defendant, Speciality Roofing and Coating Company (Doc. No. 20, filed August 10, 2005) is **granted in part and denied in part**.

5. In granting the above three motions in part, the Court finds that Defendants Specialty Roofing and Coating Company and Mark Schmidter are jointly and severally liable to pay Plaintiff Weldishofer $525.30 in minimum wages, $555.20 in overtime wages, $1,080.50 in liquidated damages, $1,245.00 in attorney's fees, and $300.00 in costs for a total damage award of $3,706.00. The motions are **denied** in all other respects.

6. The Clerk of Court is directed to enter judgment and thereafter, close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_5\_\_\_ day of November, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party